THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE AVILES, Appellant.

Submitted October 5, 2015; decided November 23, 2015

Motion to enlarge the record denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK L. MORRISON, Appellant.

Submitted September 28, 2015; decided November 23, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of County Court entered in this proceeding commenced in Town Court (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAFAEL AGOSTO, Appellant, v PAUL CHAPPIUS JR., as Superintendent of Elmira Correctional Facility, Respondent.

Submitted October 5, 2015; decided November 23, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.